

**COMPLAINT**

2:21-cv-01589-APG-DJA

**Plaintiff only has one Taxpayer ID: 1001153006 closed business seven years ago on May 19, 2014.  Defendant impose lien, debt, and force payment.   Plaintiff has proof and evidence that debt belongs to someone else from three year ago.**

1. **Plaintiff is Sithipong Chanstapornkul.**  Currently resides at 6661 Bubbling Brook Dr.  Unit C.  Las Vegas NV, 89107.

2. **Defendant is Nevada Governor Stephen F. Sisolak (State of Nevada Department of Taxation)** at Las Vegas Grant Sawyer State Office Building 555 East Washington Ave, Suite 5100 Las Vegas, NV 89101 Phone: (702) 486-2500 Fax: (702) 486-2505 Clark County.

3. **On or About May 19, 2014** Plaintiff rented a space to operate business at 240 S. Rainbow Blvd. Unit 1. Las Vegas NV, 89145. Thai Taste Restaurant LLC.  Went out of business seven years ago on May 19, 2014.  Also close out account with Defendant on May 19, 2014 **Taxpayer ID: 1001153006 in amount owe $7,063.14** agreed to pay. **Defendant added additional $5,384.31 penalty and fees.**  Original amount is **Plaintiff paid in total $3,300** had paid sixty six payments in the last five year $50.00 per month.

**Defendant breaches the agreement on November 14, 2019 and clear out Plaintiff bank account $2,601.86** total with fee. **Plaintiff remaining balance as of today August 24, 2021 is $1,161.28. Defendant recently added additional $43,249.36 from someone else name Charuwan Taxpayer ID: 1036011798 to Plaintiff after business closed for over seven year ago.   Different Name and Different Entity.** (Proof and Evidence page 1-10)

4. **On or About November 14, 2019** Zions Bancorporation, N.A. dba Nevada State Bank (Legal Support Services) sent documents from Defendant to Plaintiff stating that **Taxpayer ID: 1036011798 under Charuwan belong to Plaintiff which is not true  Defendant took money from plaintiff bank account in amount of $2,601.86 include fee.** Supporting documents are: (Proof Evidence page 2-7)

   I.   Business Card to contact Brett Lundberg revenue officer 2 agent of Defendant.  (Proof Evidence page 8)

   II.  A letter Demand and Release of Withhold from Diedra Armstrong, Revenue Officer 3 agent of Defendant sign and date November 13, 2019 **Taxpayer ID: 1036011798 in amount of $43,249.36 which title CHARUWAN.** (Proof Evidence page 9-10)

5. **On or About February 5, 2020 first letter sent and February 25, 2020 sent second sent;** to Brett Lundberg Revenue Officer Compliance Division agent of Defendant.  **<u>Explaining Plaintiff only has one Taxpayer ID: 1001153006 anything else does not belong to Plaintiff.   Defendant did not answer.</u>**

6. **On or About August 7, 2020** Plaintiff sold condo to Jenny Mejia in amount of $130,000. (Proof and Evidence Page 11)

7. **On or about September 4, 2020** Clair Herrenra agent of STEWARD TITLE COMPANY receive a **Lien Demand Notice** sent by Defendant, later gave to Plaintiff.   Melanie Moffit Department of Taxation Compliance Division-Carson City Nevada Defendant agent process Lien Demand Notice.  **<u>Defendant put lien on real property $56,643.12.   Plaintiff told Steward Title Company, Plaintiff will pay only Taxpayer ID: 1001153006 remaining balance.  Steward Title Company then contact, but Defendant did not answer.  Plaintiff lost $130,000.</u>** (Proof and Evidence Page 12)

8. **Plaintiff sent ten letters.**(Proof and Evidence Page 13,14 Certified)

I.   **On or About February 5, 2020 first letter sent and February 25, 2020 second letter sent;** to Brett Lundberg Revenue Officer Compliance Division agent of Defendant.   555 E. Washington Ave. Suite 1300, Las Vegas, Nevada, 89101. **Defendant did not answer.**

II.  **On or About September 4, 2020** Plaintiff sent letter to Melanie Moffit Department of Taxation Tax Compliance Department agent of Defendant.  1550 College Parkway, Suite 115 Carson City, NV 89706.  **Defendant did not answer.**

III. **On or About September 11, 2020** Plaintiff sent second letter Melanie Moffit Department of Taxation Tax Compliance Department agent of Defendant. 1550 College Parkway, Suite 115 Carson City, NV 89706. **Certified Mail: 9507106631060255575825.  Defendant did not answer.**

IV.  **On or About September 23, 2020** Plaintiff sent two letters Both Melanie Moffit Department of Taxation Tax Compliance Department and James Devolld Chair Nevada Tax Commission agent of Defendant.  1550 College Parkway, Suite 115 Carson City, NV 89706. **Certified Mail: 9507106619760267421322 and 9507106619760257421302. Defendant did not answer.**

V.   **On or About October 8, 2020** Plaintiff sent two letters to Defendant.   **Nevada Governor Stephen F. Sisolak.**   Both location Carson City and Las Vegas.   State Capitol Building 101 N. Carson Street Carson City, NV 89701 and Grant Sawyer State Office Building 555 East Washington Ave, Suite 5100 Las Vegas, NV 89101.   **Certified Mail: 9507106631060282597708 and 9507106631060282597685. Defendant did not answer.**

VI.   **On or About October 29, 2020** Plaintiff sent final two letters to Defendant.   **Nevada Governor Stephen F. Sisolak.**   Both location Carson City and Las Vegas.   State Capitol Building 101 N. Carson Street Carson City, NV 89701 and Grant Sawyer State Office Building 555 East Washington Ave, Suite 5100 Las Vegas, NV 89101.   **Certified Mail: 7020181000011080058 and 70201810000110878918. Defendant did not answer.**

9. **Plaintiff found more information links to Charuwan Chanmanee prove that Taxpayer ID: 1036011798 do belong to Charuwan Chanmanee.**

- www.casetext.com. And www.pacermonitor.com. Both shows case number 2:19-cv-00089-APG-VCF from UNITED STATE COURT DISTRICT OF NEVADA. (Proof and Evidence page, 15-19)

- Plaintiff found more proof and evidence to support from www.pacer.gov , shows case in **UNITED STATE DISTRIC COURT Docket number 2:19-cv-00089-APG-VCF.** Title **CHARUWAN CHANMANEE V. STATE OF NEVADA DEPARTMENT OF TAXATION; January 15, 2019**. (Refer docket number for more information), (Proof and Evidence page, 20-22)

**DEFENDANT HAD ALREADY PROVEN THAT Taxpayer ID: 1036011798 BELONG TO CHARUWAN CHANMANEE THREE YEARS AGO ON January 15, 2019 IN THE UNITED STATE DISTRIC COURT UNDER DOCKET 2:19-cv-00089-APG-VCF.**

**DEFENDANT USED SAME Taxpayer ID: 1036011798 FROM CHARUWAN CHANMANEE TO IMPOSE DEBT, LIEN, AND FORCE PAYMENT TO PLAINTIFF.**

# Summary

- **Defendant Breach the agreement on November 14, 2019 clear out bank account $2,601.28.  Used CHARUWAN CHANMANEE Taxpayer ID: 1036011798 in amount $43,249.36 as excuse to take money out of Plaintiff bank account. (Proof and Evidence page 1-10)**

- **Defendant sent Steward Title Company Copy of "LIEN DEMAND NOTICE". On Plaintiff name (SITHIPONG CHANSTAPORNKUL), property at 6661 Bubbling Brook Drive Unit C. Las Vegas, NV 89107) in amount $56,643.12 which matches CHARUWAN CHANMANEE Taxpayer ID: 1036011798.  (Proof and Evidence page 12)**

- **Defendant did prove that Taxpayer ID: 1036011798 belong to CHARUWAN CHANMANEE January 15, 2019 in United State District Court under Docket number 2:19-cv-00089-APG-VCF. (Proof and Evidence page 15-22)**

## COST OF DAMAGE

- This issue should have been avoided if Defendant answers and corrected mistake.  Plaintiff mail ten time and call nothing came back from Defendant.   Ignore and refuse to correct mistake causes damage.  (Proof and Evidence Page 13-14)

- Plaintiff lost $130,000.00 in sales, Bank account taken $2,601.86 and court fee $402.  As of today August 24, 2021 still no answer from Defendant.   (Proof and Evidence Page 2-7, 11-12)

- Plaintiff suffers greatly tried to sell condo to support cost of living. Defendant refuses to fix mistake.  Cause great hardship to Plaintiff life during Covid-19.

## PLAINTIFF DEMAND

- **$133,003.86 USD to be paid to Plaintiff for loss and damage.**

Sincerely Yours,

*Sithipong Chanstapornkul.*

Sithipong Chanstapornkul. (Plaintiff)

August 24, 2021

# TABLE OF CONTENT

## PROOF AND EVIDENCE

BUSINESS CLOSER AGREEMENT……………………………………………………...……………1

ZIONS BANK CORPORATION, N.A. TOOK MONEY FROM BANK……………………….2-7

DEMAND AND RELEASE OF WITHHOLD…………………………………………………..8-10

RESIDENTIAL PRUCHASE AGREEMENT……………………………………………………11

LIEN DEMAND NOTICE SEND TO STEWART TITLE COMPANY………………………..12

PROOF OF CERTIFIED MAIL…………………………………………………………….13-14

www.pacermonitor.com  prove account belong to someone else…………………15-17

www.casetext.com prove account belong to someone else…………………………18-19

UNITED STATE DISTRICT COURT Case 2:19-cv-00089-APG-VCF from
www.pacer.uscourts.gov trial and prove account belong to someone else…..20-22

## NEVADA DEPARTMENT OF TAXATION

**PAYMENT AGREEMENT**

TID No.: 1001153006

Date: 5/19/14

### BUSINESS NAME

NAME
Thai Taste Restaurant LLC

### GUARANTOR

| Name Sithipong Chanstapornkul | Social Security No. | Residence Phone No. |
|---|---|---|
| Residence Address 6661 Bubbling Brook Dr., Unit C | City Las Vegas | State NV | Zip Code 89107 |

**$12,447.45**   **TOTAL AMOUNT** of delinquent taxes, penalty and interest past due and payable for the above referenced account. This amount represents the following time periods and reasons:

Sales/Use tax returns filed with partial or no remittance for periods:7/2006 thru 11/2006, 1/2007, 2/2007, 10/2007, 3/2008 thru 6/2010 &. 10/2010.

**n/a**   Amount of deficient **SECURITY DEPOSIT** required on the account. This is not included in this agreement amount.

**20.49**   The taxpayer agrees to make an **INITIAL PAYMENT** today towards the outstanding liability on the above referenced account in the noted amount.

Further, the taxpayer attests to the intent of extinguishing the remaining liability for the above referenced account as follows:

$50.00 on or before the last day of each month, beginning 06/30/2014 and continuing until paid in full.

This payment agreement is not subject to a 12-month review by the Nevada Tax Commission.

Description of **OTHER SECURITY** pledged to secure this payment agreement:

Personal guaranty.

The taxpayer understands and agrees as follows:

Payment plan requests will not be considered without an initial, partial payment towards the outstanding tax, penalty and interest. The balance of taxes due covered by this agreement request is subject to interest, effective July 1, 2011, of 0.75 % (or .0075) per month or any portion thereof.

**All current and future taxes, when due, along with the payments required by this agreement request, will be made with GOOD FUNDS to the NEVADA DEPT OF TAXATION, 555 E WASHINGTON AV, #1300, LAS VEGAS NV, 89101, in a TIMELY MANNER for the life of the agreement.**

Should the taxpayer fail to meet any condition of this agreement, or should the Department determine that further delay in the collection of the above obligation would jeopardize the State's interest, the balance, plus applicable interest, may be collected by the seizure of personal or real property, or by any other legal method determined necessary by the Department upon termination of the agreement

**THE UNDERSIGNED UNDERSTANDS AND AGREES THAT THE DEPARTMENT MAY FILE STATUTORY LIENS IN ORDER TO SECURE THE LIABILITIES AND OBLIGATIONS UNDER THIS PAYMENT AGREEMENT**

| Signature | Date 5/19/14 |
|---|---|
| | Signature Of [ ] Notary Or [ ] Dept of Taxation Employee |
| RECEIVED | Residing At (Notary Only) |
| MAY 1 9 2014 | |
| STATE OF NEVADA DEPARTMENT OF TAXATION | My Commission Expires (Notary Only) |

### APPROVED BY THE DEPARTMENT

| Authorized Representative | Date |
|---|---|

### EXECUTIVE APPROVAL

| Signed | Date |
|---|---|

COL-PMT-01.01
Payment Agreement
Revised 08-05-11

# ZIONS BANCORPORATION, N.A.

LEGAL SUPPORT SERVICES
1875 South Redwood Road
Salt Lake City, UT  84104
PHONE: (800)601-9582
FAX: (888)354-4821

November 14, 2019

SITHIPONG CHANSTAPORNKUL
6661 BUBBLING BROOK DR UNIT C
LAS VEGAS NV  89107-1127

To Whom It May Concern,

Enclosed is a copy of a legal process served on Zions Bancorporation, N.A. dba Nevada State Bank ("Bank") by the Nevada Department of Taxation ("Creditor"). We are informing you of this demand in accordance with our policy of notifying customers when a legal process affecting customer accounts is served on the Bank. If you dispute the rights of the Creditor to levy your account, it is your responsibility to respond to the matter with the Creditor, and you should consult legal counsel about your rights.

If you have a safe deposit box, access will be restricted in accordance with the legal process we received.

We are required by law to comply with the legal process at the time and in the manner specified, unless we receive a release from the Creditor or a court order quashing or limiting the service.

Today we have debited the following account ending in #9912 in the amount of $1,477.42.

A legal processing fee in the amount of $100.00 has been assessed to your account.

Since this is a legal matter, the Bank is not able to advise you as to your rights and remedies. We recommend that you contact the Creditor and/or your attorney with legal questions you might have.


Nevada State Bank
Legal Support Services




Enclosure



GL0006



NEVADA STATE BANK
THE DOOR TO YOUR FUTURE

P.O. Box 990
Las Vegas, NV 89125-0990

SITHIPONG CHANSTAPORNKUL
6661 BUBBLING BROOK DR UNIT C
LAS VEGAS NV  89107-1127

# NOTICE OF INSUFFICIENT FUNDS

| Transactions Totaling | Account Number | Account Balance | Notice Date | Date Items Presented |
|---|---|---|---|---|
| $50.00 | ******9912 | $45.00- | 11/26/2019 | 11/25/2019 |

The items listed below were presented for payment against insufficient funds in your account.  Please refer to the status column for information on how each item was handled.   To review transactions and check your account balance, please contact Customer Service at 1 (800) 462-3555.

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact customer service or visit your local branch.

| Item | Amount | Status | Fee | Item | Amount | Status | Fee |
|---|---|---|---|---|---|---|---|
| 152 | $50.00 | PAID | $35.00 | | | | |

| | | | | Total  Insufficient  Funds  Fees  Charged  To  Your  Account | $35.00 | | |

A division of Zions Bancorporation, N.A. Member FDIC

# NEVADA STATE BANK
### THE DOOR TO YOUR FUTURE

P.O. Box 990
Las Vegas, NV 89125-0990

SITHIPONG CHANSTAPORNKUL
6661 BUBBLING BROOK DR UNIT C
LAS VEGAS NV  89107-1127

## NOTICE OF OVERDRAWN ACCOUNTS

Dear Customer:

According to our records your checking account is overdrawn. Please make a deposit immediately to bring the account current and avoid assessment of additional overdraft fees.

| | |
|---|---|
| **Today's Date:** | 12-03-19 |
| **Account Number:** | ******9912 |
| **Date Overdrawn:** | 11-25-19 |
| **Amount Overdrawn:** | $120.00 |

If we can answer any questions regarding your account, or if we can help you with any other financial needs, please contact Customer Service at 1 (800) 462-3555.

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact customer service or visit your local branch.

Sincerely,

Nevada State Bank

A division of Zions Bancorporation, N.A. Member FDIC

Proof and Evidence Page 4 of 22

**NEVADA STATE BANK**
THE DOOR TO YOUR FUTURE

RLC BRANCH OPERATIONS CUSTOMER ASSISTANCE CENTER
P.O. Box 25786, Salt Lake City, UT 84125

901

December 10, 2019

CM901A    0000923   01 AB 0.409 **AUTO  T4 1 3724 89107-112775   -C01-P00923-I 2


SITHIPONG  CHANSTAPORNKUL
6661 BUBBLING BROOK DR UNIT C
LAS VEGAS NV  89107-1127

**RE:  Notice Of Overdrawn Account Ending In:**  9912

Dear SITHIPONG  CHANSTAPORNKUL:

As a reminder the above referenced account has been overdrawn for 15 days.  As of the date of this letter, the amount of the overdraft is $168.00.  Overdraft fees may continue to accrue daily, increasing the amount you owe.

If the overdraft has not already been paid, please remit the overdrawn amount by December 21, 2019, to my attention at the address noted below.  You may also make a deposit to your account at any branch to cover the overdrawn amount.

If you have already made a deposit to cover this overdraft, please disregard this notice.  If your records do not agree with this information, please contact me at the mailing address or phone number noted below, or you may visit your nearest bank office.

Your prompt attention to this matter is greatly appreciated.

Sincerely,

*Jourdain Bailey*

Jourdain Bailey
Customer Assistance Center Representative
Nevada State Bank
P.O. Box 25786
Salt Lake City, UT 84125
(801) 215-0899
(800) 748-4755

Proof and Evidence Page 5 of 22

CM901A          Nevada State Bank is a division of Zions Bancorporation, N.A. Member FDIC

# NEVADA STATE BANK
### THE DOOR TO YOUR FUTURE

RLC BRANCH OPERATIONS CUSTOMER ASSISTANCE CENTER
P.O. BOX 25786, SALT LAKE CITY, UT 84125

908

January 24, 2020

CM908B   0001617   01 AB 0.409   **AUTO   T6 2 3404 89107-112775   -C01-P01618-I 2


SITHIPONG CHANSTAPORNKUL
6661 BUBBLING BROOK DR UNIT C
LAS VEGAS NV 89107-1127

## ACCOUNT CLOSING NOTIFICATION

Re:   Account Number Ending In:  9912
      Overdrawn Amount:  $288.00

Dear SITHIPONG  CHANSTAPORNKUL:

This letter is to inform you that your above referenced account has been closed due to an extended overdraft. Effective immediately, checks presented will be returned "Account Closed."  Additionally, any Visa Check card(s), ATM card(s) and/or Internet Banking tied to this account have been closed and are no longer available for use.  If you have any questions or concerns, please contact RLC Branch Operations Customer Assistance Center at (800) 748-4755.

To avoid further collection attempts that may occur by a third party collection agency, please send a check for the overdrawn amount immediately to the above address - Attn:  Overdraft Collections.  You may also make a deposit at any branch if this alternative is more convenient.  **This overdraft and account closure may be reported to Chex Systems, which may affect your credit rating or your ability to open accounts at other financial institutions.**  If your records do not agree with this information, please contact RLC Branch Operations Customer Assistance Center or your local branch office.

Your prompt attention to this matter is greatly appreciated.

Sincerely,

*RLC Branch Operations Customer Assistance Center*

Nevada State Bank is a division of Zions Bancorporation, N.A. Member FDIC

PO BOX 166
OGDEN UT 84402

January 27, 2021

RETURN SERVICE REQUESTED

**OUTSOURCE RECEIVABLES MANAGEMENT**
**PO BOX 166**
**1349 WASHINGTON BLVD**
**OGDEN, UT 84404**
**(801) 399-3743**
**(800) 325-2701**

PERSONAL AND CONFIDENTIAL
SITHIPONG CHANSTAPORNKUL
6661 BUBBLING BROOK DR UNIT C
LAS VEGAS NV 89107-1127

CREDITOR: Nevada State Bank
ACCOUNT #: 3593401
WEB ACCESS CODE: PAYNOW
PIN#: 5858127
AMOUNT DUE: $363.44

# DEMAND FOR PAYMENT OF DEBT

DEAR SITHIPONG CHANSTAPORNKUL,

THIS IS A DEMAND FOR PAYMENT IN FULL ON THE ABOVE REFERENCE ACCOUNT.

PREVIOUS NOTICES HAVE BEEN SENT TO YOU REGARDING YOUR PAST DUE OBLIGATION.

PLEASE SEND YOUR PAYMENT IN FULL TODAY TO CLEAR YOUR CREDIT RECORD IN THIS OFFICE. IF YOU DO NOT MAKE PAYMENT IN FULL ON THIS ACCOUNT IMMEDIATELY YOU MUST CALL OUR OFFICE TO MAKE SATISFACTORY ARRANGEMENTS WITH A CUSTOMER SERVICE REPRESENTATIVE.

YOU MAY TAKE ADVANTAGE OF THIS OPPORTUNITY TO RESOLVE YOUR DEBT ONLINE WITH A MAJOR CREDIT CARD BY VISITING OUR WEBSITE AND CLICKING OUR ONLINE PAYMENT OPTION. IF YOU WISH YOU MAY CALL OUR OFFICE TO SPEAK DIRECTLY TO AN ACCOUNT REPRESENTATIVE REGARDING YOUR ACCOUNT.

FOR SECURITY PURPOSES YOU MUST USE YOUR DESIGNATED ACCOUNT AND PIN NUMBER WHEN USING THE ONLINE PAYMENT OPTION.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

| ACCOUNT # | CLIENT NAME | AMOUNT DUE |
|---|---|---|
| 3593401 | Nevada State Bank | $363.44 |
| | TOTAL AMOUNT DUE: | $363.44 |

Detach this portion and return with your payment in the envelope provided.

Pay by credit card or e-check online at www.outsourcerec.com

VISA          e-check

Mail To:
OUTSOURCE RECEIVABLES MANAGEMENT
PO BOX 166
OGDEN UT 84402

3593401
SITHIPONG CHANSTAPORNKUL
6661 BUBBLING BROOK DR UNIT C
LAS VEGAS NV 89107-1127

AMOUNT DUE: $363.44

GSO3-0126-1483055801-00018-18



**STATE OF NEVADA**

Department of Taxation
Compliance Division

**Brett Lundberg**
*Revenue Officer II*

Grant Sawyer Building
555 E. Washington Avenue
Suite 1300
Las Vegas, Nevada 89101

Telephone: (702) 486-6866
Fax: (702) 486-2372
Call Center: (866) 962-3707

E-mail: blundberg@tax.state.nv.us
Website: http://tax.nv.gov



**STATE OF NEVADA**
# DEPARTMENT OF TAXATION
Web Site: https://tax.nv.gov
1550 College Parkway, Suite 115
Carson City, Nevada, 89706-7937
Phone: (775) 684-2000 Fax: (775) 684-2020
In State Toll Free: (866) 962-3707

LAS VEGAS OFFICE
Grant Sawyer Office Bldg, Suite 1300
555 E. Washington Avenue
Las Vegas, Nevada, 89101
Phone: (702)486-2300 Fax: (702) 486-2373

RENO OFFICE
4600 Kietzke Lane
Building L, Suite 235
Reno, Nevada, 89502
Phone: (775)687-9999 Fax: (775) 688-1303

HENDERSON OFFICE
2550 Paseo Verde Parkway, Suite 180
Henderson, Nevada, 89074
Phone: (702)486-2300 Fax: (702) 486-3377

STEVE SISOLAK
*Governor*

JAMES DEVOLLD
*Chair, Nevada Tax Commission*

MELANIE YOUNG
*Executive Director*

LEGAL ORDER PROCESSING
NEVADA STATE BANK
1875 REDWOOD RD.
SALT LAKE CITY,  UT 84104

Taxpayer ID:    1036011798
Case ID:    737951
Correspondence ID: 1900012757918
Withhold Number:  380863
Date:    11/13/2019

# Demand and Release of Withhold

RE: Withhold on: CHARUWAN

Entity/Person: SITHIPONG  CHANSTAPORNKUL  XXX-XX-

This letter will serve as both a **demand and release** of the withholding directive we filed with you on SITHIPONG CHANSTAPORNKUL.

Demand in the amount of $43,249.36 is hereby made by the Department of Taxation on the withheld funds belonging or owing to the taxpayer named above now indebted to the State of Nevada for unpaid taxes.

In accordance with NRS Chapter 360.510, upon receipt of the aforesaid amount, the Department consents to a transfer or disposition of the remaining money, credits, or other personal property belonging to or owing to the taxpayer.

Your cooperation is appreciated.

Sincerely,

Diedra Armstrong, Revenue Officer 3

| Date | Amount Paid | Department of Taxation Receipt # | Issued By |
|------|-------------|----------------------------------|-----------|
|      |             |                                  |           |



**STATE OF NEVADA**
# DEPARTMENT OF TAXATION
Web Site: https://tax.nv.gov
1550 College Parkway, Suite 115
Carson City, Nevada, 89706-7937
Phone: (775) 684-2000 Fax: (775) 684-2020
In State Toll Free: (866) 962-3707

LAS VEGAS OFFICE
Grant Sawyer Office Bldg, Suite 1300
555 E. Washington Avenue
Las Vegas, Nevada, 89101
Phone: (702)486-2300 Fax: (702) 486-2373

RENO OFFICE
4600 Kietzke Lane
Building L, Suite 235
Reno, Nevada, 89502
Phone: (775)687-9999 Fax: (775) 688-1303

HENDERSON OFFICE
2550 Paseo Verde Parkway, Suite 180
Henderson, Nevada, 89074
Phone: (702)486-2300 Fax: (702) 486-3377

STEVE SISOLAK
*Governor*
JAMES DEVOLLD
*Chair, Nevada Tax Commission*
MELANIE YOUNG
*Executive Director*

LEGAL ORDER PROCESSING
NEVADA STATE BANK
1875 REDWOOD RD.
SALT LAKE CITY, UT 84104

| | |
|---|---|
| Taxpayer ID: | 1036011798 |
| Case ID: | 737951 |
| Correspondence ID: | 1900012757918 |
| Withhold Number: | 380863 |
| Date: | 11/13/2019 |

# Notice to Withhold

RE: NOTICE TO WITHHOLD (Pursuant to NRS360.510)
    Business Name: CHARUWAN

    Entity/Person: SITHIPONG  CHANSTAPORNKUL  XXX-XX-

Information furnished by the Department of Taxation indicates that you have in your possession or under your control, credits, monies, or other personal property belonging to or owing to SITHIPONG  CHANSTAPORNKUL. You are directed to make no disposition whatsoever of any credits, monies, or personal property, nor are you to pay any such debt unless authorized to do so by the Department of Taxation.

Pursuant to NRS 360.510, you are mandated to provide the Department, within 10 days of receipt of this notice, complete information regarding debts owed by you to SITHIPONG  CHANSTAPORNKUL as well as credits, monies, and all other personal properties belonging to said party that are in your possession, or under your control. Enclosed please find the "Statement of Resources" form to be used to furnish the required information.

You are also advised that pursuant to NRS 360.510, you will be held liable for any transfer or disposition of personal property or debts covered by this notice.

 A copy of NRS 360.510 is enclosed for your information. Should you have any questions regarding this Notice to Withhold, please contact Diedra Armstrong at (702)486-2340. Your cooperation in this matter is appreciated.

Sincerely,

Diedra Armstrong, Revenue Officer 3

Enc:  COL_WHD-01.06 Receipt of Notice to Withhold
      COL_WHD-01.06 Statements of Resources
      COL_WHD-01.06 Demand and Release of Withhold
      Nevada Revised Statutes 360.510
      Reply Envelope





# RESIDENTIAL PURCHASE AGREEMENT

(Joint Escrow Instructions)

Date: **08/07/20**

**Jenny Mejia** ("Buyer"), hereby offers to purchase
**6661 Bubbling Brook** ("Property"), within the
city or unincorporated area of **LASVEGAS**, County of **CLARK**, State of Nevada,
Zip **89107**, A.P.N. # **138-26-410-039** for the purchase price of $ **130,000.00**
( **One Hundred Thirty Thousand** dollars) ("Purchase Price") on the terms and conditions
contained herein: BUYER ☒ does –OR– ☐ does not intend to occupy the Property as a residence.

## Buyer's Offer

### 1. FINANCIAL TERMS & CONDITIONS:

$ **1,000.00**    **A. EARNEST MONEY DEPOSIT** ("EMD") is ☐ presented with this offer –OR– ☒ _____
_____. Upon Acceptance, Earnest Money to be
deposited within one (1) business day from acceptance of offer (as defined in Section 23 herein) **-OR-**
**2** business days if wired to: ☐ Escrow Holder, ☐ Buyer's Broker's Trust Account, –OR– ☐ Seller's Broker's
Trust Account. *(NOTE: It is a felony in the State of Nevada—punishable by up to four years in prison and a $5,000
fine—to write a check for which there are insufficient funds. NRS 193.130(2)(d).)*

$ _____    **B. ADDITIONAL DEPOSIT** to be placed in escrow on or before (date) _____. The
additional deposit ☐ will –OR– ☐ will not be considered part of the EMD. (Any conditions on the additional
deposit should be set forth in Section 28 herein.)

$ **126,100.00**    **C. THIS AGREEMENT IS CONTINGENT UPON BUYER QUALIFYING FOR A <u>NEW LOAN</u>:**
☒ Conventional, ☐ FHA, ☐ VA, ☐ Other (specify) _____.

$ _____    **D. THIS AGREEMENT IS CONTINGENT UPON BUYER QUALIFYING TO <u>ASSUME THE</u>
<u>FOLLOWING EXISTING LOAN(S)</u>:**
☐ Conventional, ☐ FHA, ☐ VA, ☐ Other (specify) _____.
Interest: ☐ Fixed rate, ___ years – OR – ☐ Adjustable Rate, ___ years. Seller further agrees to
provide the Promissory Note and the most recent monthly statement of all loans to be assumed by Buyer
within FIVE (5) calendar days of acceptance of offer.

$ _____    **E. BUYER TO EXECUTE A <u>PROMISSORY NOTE SECURED BY DEED OF TRUST</u> PER TERMS
IN THE "FINANCING ADDENDUM"** which is attached hereto.

$ **2,900.00**    **F. BALANCE OF PURCHASE PRICE** (Balance of Down Payment) in Good Funds to be paid prior to
Close of Escrow ("COE").

$ **130,000.00**    **G. TOTAL PURCHASE PRICE.** (This price DOES NOT include closing costs, prorations, or other fees and
costs associated with the purchase of the Property as defined herein.)

### THIS SPACE INTENTIONALLY LEFT BLANK

Each party acknowledges that he/she has read, understood, and agrees to each and every provision of this page unless a particular paragraph is
otherwise modified by addendum or counteroffer.

Buyer's Name: **Jenny Mejia**        BUYER(S) INITIALS: **JM** / _____

Property Address: **6661 Bubbling Brook**    **C**       SELLER(S) INITIALS: _____ / _____

Rev. 01/19      ©2019 Greater Las Vegas Association of REALTORS®      Proof and Evidence Page 11 of 22

This form presented by Jonathan Lightfoot | Rock Realty Group | 7023962410 |
jlightfoot.lvre@gmail.com



**STATE OF NEVADA**
**DEPARTMENT OF TAXATION**
Web Site: http://tax.nv.gov

1550 College Parkway, Suite 115
Carson City, Nevada 89706-7937
Phone: (775) 684-2000    Fax: (775) 684-2020

**LAS VEGAS OFFICE**
Grant Sawyer Office Building, Suite 1300
555 E. Washington Avenue
Las Vegas, Nevada 89101
Phone: (702) 486-2300    Fax: (702) 486-2373

STEVE SISOLAK
*Governor*
JAMES DEVOLLD
*Chair, Nevada Tax Commission*
MELANIE YOUNG
*Executive Director*

**RENO OFFICE**
4600 Kietzke Lane
Building L, Suite 235
Reno, Nevada 89502
Phone: (775) 687-9999
Fax: (775) 688-1303

**HENDERSON OFFICE**
2550 Paseo Verde Parkway, Suite 180
Henderson, Nevada 89074
Phone: (702) 486-2300
Fax: (702) 486-3377

## LIEN DEMAND NOTICE

DATE:    September 4, 2020

TOTAL NUMBER OF PAGES:    1    (INCLUDES COVER SHEET)

TO:  CLAIRE HERRERA

COMPANY/AGENCY:        STEWART TITLE COMPANY

FAX NO.:    702-534-4783        PHONE NO.: 702-331-6900

FROM:    MELANIE MOFFIT
         DEPARTMENT OF TAXATION
         COMPLIANCE DIVISION - **CARSON CITY, NV**

ESCROW NUMBER:  20006952-203-SLM

ACCOUNT NUMBER:    TID 1003986331, TID 1001153006, TID 1036011798

PRINCIPAL: SITHIPONG CHANSTAPORNKUL        dba:

CERTIFICATE NUMBER:  174081 R174081 380770

SITHIPONG  CHANSTAPORNKUL  with  SSN  xxx-xx-    matches  TID  1001153006  &  TID
1036011798.

For TID 1001153006: The current amount due is **$12,528.74** including interest calculated thru
09/30/2020 **OR** the current amount due is **$12,560.91** including interest calculated thru 10/31/2020 and:
For TID 1036011798: The current amount due is **$44,114.38** including interest calculated thru
09/30/2020 **OR** the current amount due is **$44,326.32** including interest calculated thru 10/31/2020.

**If paying by 09/30/20** - The TOTAL AMOUNT DUE to the STATE OF NEVADA DEPT OF
TAXATION is **$56,643.12** calculated thru **09/30/2020 OR:**
**If paying by 10/31/20** - The TOTAL AMOUNT DUE to the STATE OF NEVADA DEPT OF
TAXATION is $56,887.23 calculated thru 10/31/2020.

Upon payment, a Lien Release will be prepared and sent. Please indicate in writing the address to which
the lien release(s) should be sent.

If you need additional information, please contact: Melanie Moffit at (775) 684-2133.  Thank you.



**UNITED STATES POSTAL SERVICE®**

```
              SUMMERLIN
          1611 SPRING GATE LN
        LAS VEGAS, NV 89134-9998
              (800)275-8777

09/11/2020                        04:15 PM
--------------------------------------------
Product              Qty  Unit Price    Price
First-Class Mail®      1                $0.55
Letter
    Carson City, NV  89706
    Weight: 0.50 oz
    Estimated Delivery Date
    Tue 09/15/2020
    USPS Tracking #
    9507 1066 3108 0272 5406 25
Certified                              $3.55
Total                                  $4.10
--------------------------------------------
Grand Total:                           $4.10
```



**UNITED STATES POSTAL SERVICE®**

```
              SUMMERLIN
          1611 SPRING GATE LN
        LAS VEGAS, NV 89134-9998
              (800)275-8777

10/08/2020                        04:23 PM
--------------------------------------------
Product              Qty    Unit      Price
                            Price
First-Class Mail®      1                $0.55
Letter
    Las Vegas, NV  89121
    Weight: 0.40 oz
    Estimated Delivery Date
    Tue 10/13/2020
    Tracking #:
    9507 1066 3108 0272 5077 28
    Certified Mail®                    $3.55
Total                                  $4.10
--------------------------------------------
Grand Total:                           $4.10
```



**UNITED STATES POSTAL SERVICE®**

```
               EMERALD
           4030 S JONES BLVD
        LAS VEGAS, NV 89103-9998
              (800)275-8777

09/23/2020                        05:31 PM
--------------------------------------------
Product              Qty    Unit      Price
                            Price
First-Class Mail®      1                $0.55
Letter
    Carson City, NV  89706
    Weight: 0.50 oz
    Estimated Delivery Date
    Mon 09/28/2020
    Tracking #:
    9507 1066 1976 0267 4213 08
    Certified Mail®                    $3.55
Total                                  $4.10
--------------------------------------------
Grand Total:                           $4.10
```



**UNITED STATES POSTAL SERVICE®**

```
              SUMMERLIN
          1611 SPRING GATE LN
        LAS VEGAS, NV 89134-9998
              (800)275-8777

10/08/2020                        04:28 PM
--------------------------------------------
Product              Qty    Unit      Price
                            Price
First-Class Mail®      1                $0.55
Letter
    Carson City, NV  89701
    Weight: 0.50 oz
    Estimated Delivery Date
    Tue 10/13/2020
    Tracking #:
    9507 1066 3108 0272 5076 05
    Certified Mail®                    $3.55
Total                                  $4.10
--------------------------------------------
Grand Total:                           $4.10
```



**UNITED STATES POSTAL SERVICE®**

```
               EMERALD
           4030 S JONES BLVD
        LAS VEGAS, NV 89103-9998
              (800)275-8777

09/23/2020                        05:33 PM
--------------------------------------------
Product              Qty    Unit      Price
                            Price
First-Class Mail®      1                $0.55
Letter
    Carson City, NV  89706
    Weight: 0.50 oz
    Estimated Delivery Date
    Mon 09/28/2020
    Tracking #:
    9507 1066 1976 0267 4213 22
    Certified Mail®                    $3.55
Total                                  $4.10
--------------------------------------------
Grand Total:                           $4.10
```

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Las Vegas NV 89101

OFFICIAL USE

| Certified Mail Fee | $3.55 | 0013 |
| $ | $0.00 | 1 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage        $0.55
$

Total Postage and Fees
$        $4.10

OCT 29 2020
10/29/2020

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1810 0001 1087 8918

---

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Carson City NV 89711

OFFICIAL USE

| Certified Mail Fee | $3.55 | 0013 |
| $ | $0.00 | 1 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage        $0.55
$

Total Postage and Fees
$        $4.10

10/29/2020
2 9 2020

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1810 0001 1088 0058

# Chanmanee v. State of Nevada Department of Taxation

**Nevada District Court**

| | |
|---|---|
| **Judge:** | Andrew P Gordon |
| **Referred:** | Cam Ferenbach |
| **Case #:** | 2:19-cv-00089 |
| **Nature of Suit** | 890 Other Statutes - Other Statutory Actions |
| **Cause** | Civil Miscellaneous Case |
| **Case Filed:** | Jan 15, 2019 |
| **Terminated:** | Apr 10, 2019 |

Docket    Parties (2)

**Last checked: Sunday Jul 14, 2019 3:03 AM PDT**

**Defendant**
State of Nevada Department of Taxation

**Represented By**
David J Pope
*Nevada Attorney General'S Office*
contact info

Robert E. Werbicky
*Peel Brimley LLP*
contact info

**Plaintiff**
Charuwan Chanmanee
240 S. Rainbow Blvd. Unit 1
Las Vegas, NV 89145

**Docket last updated: 01/01/2021 11:59 PM PST**

## Wednesday, April 10, 2019

**18**   [order] [Judgment] [Wed 04/10 10:07 AM]
JUDGMENT in favor of Defendant State of Nevada Department of Taxation and against Plaintiff Charuwan Chanmanee. The case is Dismissed for lack of subject matter jurisdiction. Signed by Clerk of Court Debra K. Kempi on 4/10/2019. (Copies have been distributed pursuant to the NEF - SLD)

**17**   [2 pgs] [order] [Order on Motion to Dismiss Order on Motion for Summary Judgment] [Wed 04/10 9:49 AM]
ORDER Granting Defendant's6 Motion to Dismiss. The Complaint is Dismissed for lack of subject matter jurisdiction and the Clerk of Court is instructed to close this case. Plaintiff's8 and15 Motions for Summary Judgment are Denied as moot. Signed by Judge Andrew P. Gordon on 4/10/2019. (Copies have been distributed pursuant to the NEF - SLD)

## Thursday, March 28, 2019

**16**   [order] [Minute Order Klingele] [Thu 03/28 8:08 AM]
MINUTE ORDER IN CHAMBERS of the Honorable Judge Andrew P. Gordon on 3/28/2019. Regarding the Requirements of Klingele v. Eikenberry and Rand v. Rowland as to15 Motion for Summary Judgment. Opposition due 21 days from the date of this Minute Order, and reply due 14 days after the filing of the opposition. (Copies have been distributed pursuant to the NEF - SLD)

Proof and Evidence Page 15 of 22



**Wednesday, March 27, 2019**

15   [icon]   `motion` `Motion Summary Judgment` `Thu 03/28 8:07 AM`
SECOND MOTION for Summary Judgment by Plaintiff Charuwan Chanmanee. Responses due by 4/17/2019. (SLD)

**Friday, March 22, 2019**

14   [icon]   `misc` `QC Notice` `Fri 03/22 10:31 AM`
CLERK'S NOTICE re Docket Correction. ECF12 Answer was filed incorrectly by counsel. CORRECTION: The error has been corrected by the
Clerk's Office to reflect that is it a Response to8 Motion for Summary Judgment. Counsel is advised to file future documents using the correct
event to prevent delays in filings. (no image attached) (EDS)

13   [icon]   `service` `Certificate of Service` `Fri 03/22 9:11 AM`
CERTIFICATE OF SERVICE for6 Motion to Dismiss, by Defendant State of Nevada Deartment of Taxation. (Pope, David)

**Thursday, March 21, 2019**

12   [icon]   `answer` `Answer to Complaint` `Thu 03/21 5:16 PM`
ANSWER to Complaint Opposition to Motion for Summary Judgment filed by State of Nevada Deartment of Taxation.(Pope, David)

     Att: 1 [icon] Exhibit Exhibit A

11   [icon]   `notice` `Notice Appearance` `Thu 03/21 11:35 AM`
NOTICE of Appearance by attorney David J Pope on behalf of Defendant State of Nevada Deartment of Taxation. (Pope, David)

**Monday, March 04, 2019**

10   [icon]   `misc` `Certificate Interested Parties` `Mon 03/04 8:25 AM`
CERTIFICATE of Interested Parties by State of Nevada Deartment of Taxation. There are no known interested parties other than those
participating in the case (Werbicky, Robert)

**Friday, March 01, 2019**

9   [icon]   `order` `Minute Order Klingele` `Fri 03/01 9:00 AM`
MINUTE ORDER IN CHAMBERS of the Honorable Judge Andrew P. Gordon on 3/1/2019. Regarding the Requirements of Klingele v.
Eikenberry and Rand v. Rowland as to8 Motion for Summary Judgment. Opposition due 21 days from the date of this Minute Order, and reply
due 14 days after the filing of the opposition. (Copies have been distributed pursuant to the NEF - DKJ)

**Thursday, February 28, 2019**

8   [icon]   `motion` `Motion Summary Judgment` `Fri 03/01 8:56 AM`
MOTION for Summary Judgment by Plaintiff Charuwan Chanmanee. Responses due by 3/21/2019. (SLD)

**Wednesday, February 20, 2019**

7   [icon]   `order` `Minute Order Klingele` `Wed 02/20 10:17 AM`
MINUTE ORDER IN CHAMBERS of the Honorable Judge Andrew P. Gordon on 2/20/2019. Regarding the Requirements of Klingele v.
Eikenberry and Rand v. Rowland as to6 Motion to Dismiss,. Opposition due 14 days from the date of this Minute Order, and reply due seven 7
days after the filing of the opposition. (Copies have been distributed pursuant to the NEF - TR)

**Tuesday, February 19, 2019**

6   [icon]   `motion` `Motion Dismiss` `Tue 02/19 3:54 PM`
MOTION to Dismiss1 Complaint by Defendant State of Nevada Deartment of Taxation. Responses due by 3/5/2019. Discovery
Plan/Scheduling Order due by 4/5/2019. (Werbicky, Robert)

**Tuesday, January 29, 2019**

5   [icon]   `notice` `Notice Other` `Wed 01/30 9:25 AM`
NOTICE re Service of Defendant by Charuwan Chanmanee.(SLD)

     Att: 1 [icon] Registered Mail Receipt

Proof and Evidence Page 16 of 22

## Monday, January 28, 2019

4   | minord | | Minute Order | | Mon 01/28 12:32 PM |

ENTERED IN ERROR MINUTE ORDER IN CHAMBERS of the Honorable Judge Andrew P. Gordon on 1/28/2019. This case has been assigned to the Honorable Andrew P. Gordon. Judge Gordon's Chambers Practices, which are posted on the U.S. District Court, District of Nevada public website, may also be accessed directly via this hyperlink: [LINK:www.nvd.uscourts.gov] (no image attached) (Copies have been distributed pursuant to the NEF - MAJ) Modified on 1/28/2019 (MAJ)

## Thursday, January 17, 2019

3   | minord | | Minute Order | | Thu 01/17 9:22 AM |

MINUTE ORDER IN CHAMBERS of the Honorable Judge Andrew P. Gordon on 1/17/2019. This case has been assigned to the Honorable Andrew P. Gordon. Judge Gordon's Chambers Practices, which are posted on the U.S. District Court, District of Nevada public website, may also be accessed directly via this hyperlink: [LINK:www.nvd.uscourts.gov] (no image attached) (Copies have been distributed pursuant to the NEF - MAJ)

## Wednesday, January 16, 2019

2   | notice | | Advisory Letter Pro Se non-habeas | | Wed 01/16 11:09 AM |

ADVISORY LETTER to litigant. (SLD)

## Tuesday, January 15, 2019

1   | cmp | | Complaint | | Wed 01/16 11:03 AM |

COMPLAINT against State of Nevada Department of Taxation (Filing fee $400) by Charuwan Chanmanee. Proof of service due by 4/15/2019. (SLD)

    Att: 1   Civil Cover Sheet,

    Att: 2   Receipt #NVLAS061489

| utility | | Assign Judges in Civil Case | | Tue 01/15 3:47 PM |

Case assigned to Judge Andrew P. Gordon and Magistrate Judge Cam Ferenbach. (RT)

**Continue to Create Account**

Privacy • Terms • About
PacerMonitor, LLC © 2019.

https://www.pacermonitor.com/public/case/26696806/Chanmanee_v_State_of_Nevada_Department_of_Taxation

3/3

Deal: 30% off if you purchase by Tuesday 1/5.

Subscribe Now

 casetext

Help   Sign In   Sign Up

Search all cases and statutes...                    JX   Search

Opinion   Case details

From Casetext: Smarter Legal Research

# Chanmanee v. Nev. Dep't of Taxation

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

Apr 10, 2019

Case No.: 2:19-cv-00089-APG-VCF (D. Nev. Apr. 10, 2019)   Copy Citation

⬇ Download PDF       ⚑ Check Treatment

Case No.: 2:19-cv-00089-APG-VCF

04-10-2019

CHARUWAN CHANMANEE, Plaintiff v. STATE OF NEVADA
DEPARTMENT OF TAXATION, Defendant



**Red flags, copy-with-cite, case summaries, annotated
statutes and more.**

Learn more ›

ANDREW P. GORDON UNITED STATES DISTRICT JUDGE

## Order Granting Motion to Dismiss and Denying
## Motions for Summary Judgment

[ECF Nos. 6, 8, 15]

Plaintiff Charuwan Chanmanee filed this lawsuit against the State of Nevada
Department of Taxation (the Department) contending the Department
incorrectly assessed over $40,000 in taxes against him. The Department
moves to dismiss, arguing it has not been properly served, the complaint
does not identify a basis for subject matter jurisdiction, and the Tax

Injunction Act deprives the court of subject matter jurisdiction because there is a plain, speedy, and efficient remedy in state court. Chanmanee responds by filing two motions for summary judgment, arguing he properly served the Department by registered mail and there was no plain, speedy, and efficient remedy because his calls to the Department went unanswered. He does not identify a basis for this court to exercise subject matter jurisdiction.

Federal district courts are courts of limited jurisdiction, deriving their power to hear cases from specific congressional grants of jurisdiction. *U.S. v. Sumner*, 226 F.3d 1005, 1009 (9th Cir. 2000). The complaint in this case alleges only a state law claim for an allegedly incorrectly assessed state tax, so there is no federal question jurisdiction. *See* 28 U.S.C.§ 1331 (granting federal district court jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States"). Pursuant to 28 U.S.C. §

2   1332, federal district courts have original *2 jurisdiction over civil actions in diversity cases "where the matter in controversy exceeds the sum or value of $75,000" and where the matter is between "citizens of different States." Diversity jurisdiction requires complete diversity, meaning the plaintiff cannot be a citizen of the same state as any defendant. *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 553 (2005). "For the purposes of diversity jurisdiction, a State is not a citizen of itself." *Dep't of Fair Employment & Hous. v. Lucent Techs., Inc.*, 642 F.3d 728, 737 (9th Cir. 2011) (quotation omitted). "Thus, neither a state nor a state agency [can] be a party to a diversity action." *Id.* (quotation omitted).

As the party seeking to invoke this court's jurisdiction, Chanmanee bears the burden of proving the court has jurisdiction. *Tosco Corp. v. Cmtys. for a Better Env't*, 236 F.3d 495, 499 (9th Cir. 2001). Chanmanee has not met his burden because neither his complaint nor the papers he filed in this case identifies a basis for this court to exercise subject matter jurisdiction. I therefore grant the Department's motion to dismiss and deny as moot Chanmanee's motions for summary judgment.

IT IS THEREFORE ORDERED that defendant State of Nevada Department of Taxation's motion to dismiss (**ECF No. 6**) **is GRANTED.** The plaintiff's complaint is dismissed for lack of subject matter jurisdiction, and the clerk of court is instructed to close this case.

IT IS FURTHER ORDERED that plaintiff Charuwan Chanmanee's motions for summary judgment (**ECF Nos. 8, 15**) **are DENIED as moot.**

DATED this 10th day of April, 2019.

/s/ _____

ANDREW P. GORDON

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_Southern_ District of _Nevada_

| | |
|---|---|
| _Charuwan Chanmanee_ | **2:19-cv-00089-APG-VCF** |
| Plaintiff(s) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | FILED / ENTERED     RECEIVED / SERVED ON |
| _State of Nevada Department of Taxation_ | COUNSEL/PARTIES OF RECORD |
| Defendant(s) | JAN 15 2019 |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | CLERK US DISTRICT COURT DISTRICT OF NEVADA |
| | BY:_____ DEPUTY |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _Charuwan Chanmanee_ |
| Street Address | _240 S. Rainbow Blvd. Unit 1_ |
| City and County | _Las Vegas , Clark_ |
| State and Zip Code | _Nevada , 89145_ |
| Telephone Number | _702-838-6808_ |
| E-mail Address | _Charuwan1@outlook.com_ |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

*4*

Please make the correction.  Also I need a **no change letter** stating my balance is current $0.00 and I will also file at US District Court then I will mail you a docket number.

Thank you

Charuwan Chanmanee

Taxpayer ID : 1036011798-001

5

**STATE OF NEVADA**
# DEPARTMENT OF TAXATION
**Web Site: https://tax.nv.gov**
1550 College Parkway, Suite 115
Carson City, Nevada 89706-7937
Phone: (775) 684-2000   Fax: (775) 684-2020

STEVE SISOLAK
*Governor*
JAMES DEVOLLD
*Chair, Nevada Tax Commission*
MELANIE YOUNG
*Executive Director*

RENO OFFICE
4600 Kietzke Lane
Building L, Suite 235
Reno, Nevada 89502
Phone: (775) 687-9999
Fax (775) 688-1303

LAS VEGAS OFFICE
Grant Sawyer Office Building, Suite1300
555 E. Washington Avenue
Las Vegas, Nevada 89101
Phone: (702) 486-2300   Fax: (702) 486-2373

HENDERSON OFFICE
2550 Paseo Verde Parkway, Suite 180
Henderson, Nevada 89074
Phone: (702) 486-2300
Fax: (702) 486-3377

January 10, 2019

Thai Taste
240 S Rainbow Blvd. Ste. 1
Las Vegas, NV  89145-5381

### NOTICE OF DELINQUENT TAXES

Re:   TID No: 1036011798
      Docket No: 507336                **Total Amounts Due w/Interest through 1/19:  $41,242.15**

An audit deficiency was sent to you on November 9, 2018 in the amount of $38,045.49 for your sales & use tax and/or a modified business tax audit liability. Inasmuch as you failed to pay the tax due or enter into a payment plan within the 45-day period as prescribed by Nevada Revised Statutes, a 10% penalty has been assessed under NRS 360.400 for failure to pay the audit deficiency in a timely manner.

| Tax Type | Original Amount Due | 10% Penalty Added | Additional Interest Added thru Jan. 2019 | Total Amount Due |
|---|---|---|---|---|
| Sales/Use tax | $38,045.49 | $2,973.64 | $223.02 | $41,242.15 |

Be advised that the audit is now considered closed and final and that the interest will continue to accrue at the rate of .75 percent per month on the unpaid tax liability, or on any portion thereof.

Please pay the above deficiency within 15 days from the date of this letter, thereby avoiding any possibility of legal action on our part. The Nevada Revised Statutes provide for tax liens to insure payment of delinquent taxes. Liens will be filed where applicable. A return envelope has been enclosed for your convenience in remitting payment. Your cooperation in the above matter will be appreciated.

If you have any questions, please contact me at (775) 684-2013.

Sincerely,

Nicky Baily, Accountant Tech I
Executive Section

Enclosure: Return envelope



U.S. POSTAGE
$6.80
FCM LG ENV
89134 0220
SSK
Date of sale
08/24/21
06
11487009

USPS CERTIFIED MAIL®

9507 1086 3106 1236 8472 38

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 7 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

Lloyd D. George United States Courthouse

333 Las Vegas Blvd.   Suite 1334

South Las Vegas, NV 89101

ATTENTION CLEARK OFFICE

XRAYED US MARSHALS SERVICE

G CHANSTAPORNKUL
BLING BROOK DR. UNIT C
S, NV 89107